```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A05-0199--CV (RRB)
      "J. DAVIS ET AL V TRANSPORTATION SECURITY ADMI"

    Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 08/18/05
            Closed: 11/21/05

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                    VIOLATION OF PRIVACY ACT
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/18/05 receipt # 00126391
          Trial by:
```

Parties of Record:                        Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | DAVIS, JOHN DR. | James P. Harrison<br>Law Office of James P. Harrison<br>980 9th Street, 16th Floor<br>Sacramento, CA 95814<br>916-492-9778<br>FAX 916-492-8762 |
| PLF 2.1 | HUNTLEY, SARAH | James P. Harrison<br>(see above) |
| PLF 3.1 | BECKLEY, CHARLES | James P. Harrison<br>(see above) |
| PLF 4.1 | BECK, WILLIAM | James P. Harrison<br>(see above) |
| DEF 1.1 | TRANSPORTATION SECURITY ADMIN | No counsel found for this party! |
| DEF 2.1 | DEPT OF HOMELAND SECURITY | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0199--CV (RRB)
"J. DAVIS ET AL V TRANSPORTATION SECURITY ADMI"

For all filing dates

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
  Referral Rule:
         Filed: 08/18/05
        Closed: 11/21/05

  Jurisdiction: (2) U.S. Defendant
 PLF Diversity:
 DEF Diversity:

Nature of Suit: (890) Other Statutory Actions
                VIOLATION OF PRIVACY ACT
        Origin: (1) Original Proceeding
        Demand:
    Filing fee: Paid $250.00 on 08/18/05 receipt # 00126391
      Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/18/05 | Complaint for declaratory and injunctive relief for violation of the privacy act filed w/att exhs; Summons issued. (exhs located in expando) |
| 2 - 1 | 08/18/05 | PLF 1-4 motion for a preliminary injunction w/att memo & exhs. (exhs located in expando) |
| 3 - 1 | 08/18/05 | PLF 1-4 motion (request) for judicial notie in support motion for a preliminary injunction . |
| 4 - 1 | 09/06/05 | PLF 1-4 Notice of withdrawal of plfs' mot for prel inj w/att exh. |
| 4 - 2 | 09/06/05 | Clerk's Notice withdrawing mot for a prel inj (2-1), mot (req) for judicial notice in support mot for a prel inj (3-1). |
| 5 - 1 | 09/19/05 | PLF 1-4 Return of Service Executed re: DEF 1 executed on 8/23/05. |
| 6 - 1 | 09/19/05 | PLF 1-4 Return of Service Executed re: DEF 2 on 8/23/05. |
| 7 - 1 | 11/04/05 | RRB Minute Order plf is required to take action as to case not at issue. Plf to require an answer or apply for default w/in 20 days.  cc: cnsl |
| 8 - 1 | 11/21/05 | PLF 1-4 Notice of withdrawal of plfs' complaint. |